# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ironridge Global IV, Ltd. et al | CASE NUMBER |
| --- | --- |
|  | 2:16-cv-05335 DMG(KSx) |
| v. PLAINTIFF(S) |  |
| ScripsAmerica, Inc. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). |  |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____   S. James Otero
Date                     United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Complaint CV 16-05335 DMG is not related to case CV 14-03962 SJO.  The actions do not involve similar questions of law and fact.

July 22, 2016                    *S. James Otero* (signature)
Date                             United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:14-cv-03962 SJO(AGRx)   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/14)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)