| Attorney or Party without Attorney:<br>Ronald W. Makarem, Bar #180442<br>Makarem & Associates<br>11601 Wilshire Blvd. #2440<br>Los Angeles, CA 90025<br>Telephone No: 310-312-0299<br><br>Attorney for: Plaintiff, Ironridge Global IV, LTD, et al. | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | | | | | |
| Plaintiff: Ironridge Global IV, LTD., et al. | | | | | |
| Defendant: Scripsamerica, Inc., et al. | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-05335-DMG (KSx) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES FOR MALICIOUS PROSECUTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING

3. a. Party served:       Scripsamerica, Inc., a Delaware corporation
   b. Person served:     Bayard J. Snyder, Agent for Service

4. Address where the party was served:   3801 Kennet Pikem Ste C-201
                                          Greenville, DE 19807

5. I served the party:
   b. **by substituted service.** On: Thu., Jul. 21, 2016 at: 12:40PM by leaving the copies with or in the presence of:
      Jimmie Matthews, Person in Charge
      (1) (Business) Person in charge over 18. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Kevin Dunn

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $189.50

   e. I am: Not a registered California process server



4651 Brookhollow Circle, Suite C, Riverside, CA 92509
(951) 353-8281   FAX: (951) 353-8286

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Jul. 21, 2016

                                                                                                 (Kevin Dunn)

Judicial Council Form                       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS CIVIL ACTION                                                    ma-rwm.227146

| Attorney or Party without Attorney:<br>Ronald W. Makarem, Bar #180442<br>Makarem & Associates<br>11601 Wilshire Blvd. #2440<br>Los Angeles, CA 90025<br>Telephone No: 310-312-0299    FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | | | | |
| Plaintiff: Ironridge Global IV, LTD., et al. | | | | |
| Defendant: Scripsamerica, Inc., et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-05335-DMG (KSx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES FOR MALICIOUS PROSECUTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Thu., Jul. 21, 2016
    b. Place of Mailing:         Riverside, CA 92509
    c. Addressed as follows:     Scripsamerica, Inc., a Delaware corporation
                                 3801 Kennet Pikem Ste C-201
                                 Greenville, DE 19807

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 21, 2016 in the ordinary course of business.

5. Person Serving:
    a. Kevin Boucher
    b. BOSCO LEGAL SERVICES, INC.
       4651 Brookhollow Circle, Suite C
       Riverside, CA 92509
    c. (951) 353-8281

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee** for Service was:    $189.50
    e. I am: (3) registered California process server
        (i)   Owner
        (ii)  Registration No.:  883
        (iii) County:            San Bernardino

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Jul. 21, 2016

                                                                              (Kevin Boucher)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                                          ma-rwm.227146