CARLOS E. NEEDHAM SBN202777
NEEDHAM LAW FIRM, A.P.C.
28494 Westinghouse Place, Suite 216
Valencia, CA 91355
Ph: 661-843-6174; Fax: 661-430-5595
Email: cneedham@needhamlegal.com

Attorney for Defendants
CARLOS E. NEEDHAM, NEEDHAM LAW FIRM, APC and SCRIPSAMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IRONRIDGE GLOBAL IV, LTD., a British Virgin Islands business company; IRONRIDGE GLOBAL PARTNERS, LLC, a U.S. Virgin Islands limited liability company; JOHN KIRKLAND, an individual; and BRENDAN O'NEIL, an individual,

Plaintiffs,

SCRIPSAMERICA, INC., a Delaware Coporation; NEEDHAM LAW FIRM, A.P.C., a California corporation; CARLOS E. NEEDHAM, an individual, and DOES 1 – 10, inclusive

vs.

Defendants.

Case No. 2:16-cv-05335-DMG (Ksx)

Hon. Dolly M. Gee

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

ACTION FILED: JULY 19, 2016

ACTION SERVED JULY 21, 2016 VIA SUBSTITUTED SERVICE ON SCRIPSAMERICA, INC.

ACTION SERVED JULY 25, 2016 VIA REGULAR SERVICE ON NEEDHAM LAW FIRM, A.P.C. and CARLOS E. NEEDHAM

INITIAL RESPONSE DATE: AUGUST 15, 2016

NEW RESPONSE DATE: **SEPTEMBER 12, 2016**

Plaintiffs' counsel previously agreed to extend the date for all Defendants to respond to August 25, 2016. A prior stipulation was filed to that effect. The Parties have entered into settlement discussions and wish to augment the prior extension to SEPTEMBER 12, 2016.

Accordingly, it is hereby stipulated, by and between counsel for the Plaintiffs and counsel for the Defendants, that the time for Defendants' response to the complaint be continued until September 12, 2016.

Dated: August 18, 2016

By: /s/Carlos E. Needham
Carlos E. Needham
*Attorney for Defendants*

Dated: August 18, 2016

By: /s/Matthew J. Negrin
Matthew J. Negrin, Esq.
Attorney for Plaintiffs,
IRONRIDGE GLOBAL IV, LTD,
IRONRIDGE GLOBAL PARTNERS, LLC,
JOHN KIRKLAND, and BRENDAN O'NEIL