1 | CARLOS E. NEEDHAM (SBN 202777)
2 | NEEDHAM LAW FIRM, APC
3 | 28494 Westinghouse Place, Suite 216
  | Valencia, CA 91355
4 | Telephone: (661) 843-6174
  | Facsimile: (661) 430-5595
5 | cneedham@needhamlegal.com

6 | Attorney for Defendants
  | CARLOS E. NEEDHAM and
7 | NEEDHAM LAW FIRM, A.P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONRIDGE GLOBAL IV, LTD., a British Virgin Islands business company; IRONRIDGE GLOBAL PARTNERS, LLC, a U.S. Virgin Islands limited liability company; JOHN KIRKLAND, an individual; and BRENDAN O'NEIL, an individual,<br><br>Plaintiffs,<br><br>SCRIPSAMERICA, INC., a Delaware Corporation; NEEDHAM LAW FIRM, A.P.C., a California corporation; CARLOS E. NEEDHAM, an individual, and DOES 1 – 10, inclusive<br><br>vs.<br><br>Defendants. | Case No. 2:16-CV-05335<br><br>**Hon. Dolly M. Gee**<br><br>**NEEDHAM LAW FIRM, A.P.C.'S AND CARLOS E. NEEDHAM'S NOTICE OF ERRATUM REGARDING ADDRESS OF HEARING ON NOTICE OF MOTION**<br><br>Hearing Date: Friday, October 28, 2016<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Courtroom 7<br><br>**ACTION FILED: JULY 19, 2016** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTIC**E that the address of the courtroom for Honorable Dolly M. Gee was incorrectly stated on the original notice of motion filed on September 23, 2016.  The correct address is United States Courthouse, 312 North Spring Street, Los Angeles, CA 9012, Courtroom 7, 2nd Floor.

Dated: September 29, 2016    By:  */s/ Carlos E. Needham*
CARLOS E. NEEDHAM,
*Attorney for Defendants*
NEEDHAM LAW FIRM, A.P.C. and
CARLOS E. NEEDHAM